**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| City of Columbus,<br><br>    Plaintiff,<br><br>  v.<br><br>NL Industries, Inc., ASARCO, The Doe Run Resources Corporation, Atlantic Richfield Company, Edlow International Company, and Nuclead Manufacturing Co., Inc.,<br><br>    Defendants. | Case No. 2:26-cv-00465-MHW-SCS<br><br><br>**Plaintiff City of Columbus's Motion to Dismiss All Claims Against Defendant Nuclead Manufacturing Co., Inc.**<br><br><br>Judge:  Michael H. Watson<br>Magistrate: S. Courter Shimeall |

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff City of Columbus moves to dismiss without prejudice all claims against Defendant Nuclead Manufacturing Co., Inc. (Nuclead). Nuclead has presented the City with information indicating that Nuclead is likely not the corporate successor-in-interest of the Cambridge Smelting Company. *See* Compl. ¶ 25, ECF No. 1-1.

This motion does not affect the City's claims against other Defendants in this action. Defendants Nuclead, NLI Holdings, Inc. (formerly known as NL Industries, Inc.), ARCO, The Doe Run Resources Corporation, and Edlow International Company do not oppose this motion. Counsel for ASARCO has not yet responded to an email sent earlier today asking for Defendants' position on the motion.

When evaluating a Rule 21 motion seeking to dismiss claims against fewer than all of the parties to an action, "a court should consider such factors as the defendant's effort and expense of preparation for trial, excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action, insufficient explanation for the need to take a dismissal, and whether a

1

motion for summary judgment has been filed by the defendant." *Igo v. Sun Life Assurance Co. of Canada*, 652 F. Supp. 3d 929, 936 (S.D. Ohio 2023) (quoting *Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994)).

These factors favor granting the City's motion. The case is at an early stage, with motions to dismiss due today and discovery not yet begun. No defendant has moved for summary judgment. The City has explained its reason for seeking to dismiss Nuclead. The City has acted diligently in this matter: Upon receiving non-public information from Nuclead relevant to its relationship to Cambridge Smelting Company, the City promptly analyzed that information and filed this motion.

For these reasons, the City respectfully requests that the Court grant this Motion and dismiss all claims against Nuclead.

Date: June 1, 2026

Respectfully submitted,

*/s/ Richard N. Coglianese*
Richard N. Coglianese (0066830), Trial Attorney
Matthew D. Sturtz (0095536)
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385
(614) 645-6949 Fax
rncoglianese@columbus.gov
mdsturtz@columbus.gov

Aaron Colangelo (admitted *pro hac vice*)
Peter J. DeMarco (admitted *pro hac vice*)
EDELSON PC
1255 Union Street NE, Suite 850
Washington, DC 20002
(202) 270-4777
acolangelo@edelson.com
pdemarco@edelson.com

Radhika Kannan (admitted *pro hac vice*)
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
(415) 212-9300
rkannan@edelson.com

*Attorneys for City of Columbus*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2026, a true and accurate copy of the foregoing Plaintiff City of Columbus's Motion to Dismiss All Claims Against Defendant Nuclead Manufacturing Co., Inc. was served on Defendants NLI Holdings, Inc. (formerly known as NL Industries, Inc.), The Doe Run Resources Corporation, Atlantic Richfield Company, Edlow International Company, and Nuclead Manufacturing Co., Inc. electronically via the Court's electronic filing system. The Motion was served via e-mail and certified mail to counsel for Defendant ASARCO:

Gregory E. Dapper
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
gdapper@mcguirewoods.com

Gregory Evans
McGuireWoods LLP
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
gevans@mcguirewoods.com

/s/ Richard N. Coglianese
Richard N. Coglianese (0066830), Trial Attorney
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385
(614) 645-6949 Fax
rncoglianese@columbus.gov

4