**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **CITY OF COLUMBUS,** | |
| **Plaintiff,** | **Case No. 2:26-cv-00465** |
| **v.** | |
| **NL INDUSTRIES, INC.,** *et al.*, | **Judge Michael H. Watson** |
| **Defendants.** | **Magistrate Judge S. Courter Shimeall** |

**DEFENDANT NUCLEAD MANUFACTURING CO.'S**
**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

Defendant Nuclead Manufacturing Co., Inc. ("Nuclead"), by and through the undersigned counsel, hereby gives notice that it does not oppose Plaintiff City of Columbus's Motion to Dismiss all claims against it pursuant to Rule 21 of the Federal Rules of Civil Procedure. (ECF No. 56.) Nuclead consents to dismissal without prejudice. By filing this Notice, Nuclead does not admit any liability, wrongdoing, or the allegations in the Complaint, all of which are expressly denied, and it reserves all defenses.

Nuclead respectfully requests that the Court grant the City's Motion (ECF No. 56) and dismiss all claims against it.

Respectfully submitted,

*/s/ James A. King*
James A. King (0040270), Trial Attorney
Elizabeth L. Moyo (0081051)
Helen M. Fite (0102212)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street
Columbus, OH 43215-6194
Tel: (614) 227-2000
Fax: (614) 227-2100
jking@porterwright.com
emoyo@porterwright.com
hfite@porterwright.com

*Counsel for Defendant Nuclead Manufacturing Co., Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and accurate copy of the foregoing Notice of Non-Opposition was served upon the parties via the Court's electronic filing system and via e-mail, on this 17th day of June 2026.

*/s/ James A. King*
James A. King (0040270)

*An Attorney for Defendant Nuclead Manufacturing Co., Inc.*

27830827.1