**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

 City of Columbus          ,

              **Plaintiff,**

      **v.**

 NL Industries, *et al.*          ,

              **Defendant.**

Civil Action   2:26-cv-00465     
Judge  Michael H. Watson   
Magistrate Judge  S. Courter Shimeall   

**RULE 26(f) REPORT**

        Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on **June 17, 2026** and was attended by:

Aaron Colangelo and Peter DeMarco     , counsel for plaintiff(s) City of Columbus          ,

Katie Campbell and Sean Morris        , counsel for defendant(s) Atlantic Richfield Company,

Brian Green and Joel Herz           , counsel for defendant(s) NLI Holdings, Inc.       ,

Joseph Sheerin              , counsel for defendant(s) ASARCO          ,

Thomas Grever, Steve Soden, and Jacob Taylor, counsel for defendant(s) Doe Run Resources Corp.,

                         , counsel for defendant(s) Nuclead Manufacturing Co.,

Marion Little             , counsel for defendant(s) Edlow International Co.    ,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.      CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes    **X**___No

2.      INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

1

_____Yes     **X**___No     _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by_____.

3.      VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

**X**___Yes     _____No

If yes, describe the issue:

**Defendant The Doe Run Resources Corporation argues the Court lacks (1) personal jurisdiction, because Plaintiff does not allege that Doe Run possesses sufficient minimum contacts with the State of Ohio, and (2) subject matter jurisdiction, because Plaintiff lacks standing to assert claims against Doe Run.**

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by **_See_ No. 12**.

4.      PARTIES AND PLEADINGS

a.   The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by **_See_ No. 12**.

b.   If the case is a class action, the parties agree that the motion for class certification shall be filed by_____.

5.      MOTIONS

a.   Are there any pending motion(s)?

**X**___Yes     _____No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:
- **ECF 49, Joint Motion to Dismiss (ASARCO, Atlantic Richfield, Doe Run, NLI Holdings)**
- **ECF 50, Motion to Dismiss (Atlantic Richfield)**
- **ECF 51, Motion to Dismiss (NLI Holdings)**
- **ECF 53, Motion to Dismiss (ASARCO)**
- **ECF 56, Motion to Dismiss Claims against Nuclead (by plaintiff City of Columbus)**
- **ECF 57, Motion to Dismiss (Doe Run)**

b.   Are the parties requesting expedited briefing on the pending motion(s)?

_____Yes     **X**___No

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____.

6.      ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

   **Plaintiff asserts causes of action for (1) Absolute Public Nuisance and (2) Civil Conspiracy based on Defendants' alleged manufacture, promotion, marketing, sale, and/or distribution of lead pipes and other lead-bearing plumbing materials for use in Plaintiff's water system prior to December 1963.  Defendants dispute these allegations for the reasons explained in their pending Motions to Dismiss.  Plaintiff has demanded a jury.**

7.      DISCOVERY PROCEDURES

   a.  The parties agree that all discovery shall be completed by _**See No. 12**_.  The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b.  Do the parties anticipate the production of ESI?_____Yes__**X**__No

   If yes, describe the protocol for such production: **If there is discovery after rulings on the Motions to Dismiss, the parties will negotiate and propose an ESI procedure.**

   c.  Do the parties intend to seek a protective order or clawback agreement?  **Yes**

   If yes, such order or agreement shall be produced to the Court by _**See No. 12**_.

8.      DISPOSITIVE MOTIONS

   a.  Any dispositive motions shall be filed by _**See No. 12**_.

   b.  Are the parties requesting expedited briefing on dispositive motions?

      _____Yes     **X**_____No

3

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____.

9.      EXPERT TESTIMONY

   a.  Primary expert reports must be produced by *See* **No. 12**.

   b.  Rebuttal expert reports must be produced by *See* **No. 12** .

10.     SETTLEMENT

Plaintiff(s) will a make a settlement demand by *See* **No. 12**____.     Defendant will respond by *See* **No. 12**   . The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:
                    *See* **No. 12**_____ 20___
In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers_____by telephone.


 **X**___ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:

**Defendants' Motions to Dismiss Plaintiff's Complaint are currently pending before the Court. The pending Motions to Dismiss have the possibility of eliminating or substantially narrowing the claims in this case.  While plaintiff disagrees with defendants' pending motions, the parties nevertheless agree that the setting of a case schedule should be delayed until after the Court decides the Motions to Dismiss to avoid the potential for unnecessary expenditure of the parties' time and resources.**

Dated: July 2, 2026

/s/ Joel L. Herz
JOEL L. HERZ (*Pro Hac Vice*)
**LAW OFFICES OF JOEL L. HERZ**
3573 E. Sunrise Drive, Suite 215
Tucson, AZ 85718
joel@joelherz.com
Phone: (520) 360-4380

/s/ Brian Green
BRIAN GREEN (0063921) (Trial Attorney)
CHARLES P. ROYER (0037104)
**SHAPERO & GREEN LLC**
Signature Square II, Suite 220
Beachwood, OH 44122
bgreen@shaperolaw.com
croyer@shaperolaw.com
Phone: (216) 831-5100

*Attorneys for Defendant NLI Holdings, Inc.,
formerly known as NL Industries, Inc.*

/s/ Thomas J. Grever
Thomas J. Grever (0059786) (Trial Attorney)
Steven D. Soden (*pro hac vice* admitted)
Jacob L. Taylor (*pro hac vice* admitted)
**SHOOK, HARDY & BACON L.L.P.**
Tgrever@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

*Attorneys for Defendant The Doe Run
Resources Corporation*

/s/ Gregory E. Dapper
Gregory E. Dapper
**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Telephone: (412) 667-7984
Facsimile: (412) 667-6050
gdapper@mcguirewoods.com

Gregory Evans
**McGuireWoods LLP**
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
gevans@mcguirewoods.com

*Attorneys for Defendant ASARCO*

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)
Christopher J. Hogan (0079829)
**ZEIGER, TIGGES, & LITTLE LLP**
8000 Walton Parkway, Suite 260
New Albany, OH 43054
(614) 365-9900
(Fax) 614 365-7900
little@litohio.com
hogan@litohio.com

*Attorneys for Defendant Edlow International
Company*

/s/ Paul N. Garinger
Paul N. Garinger (0079897) (Trial Attorney)
Kristopher J. Armstrong (0077799)
**BARNES & THORNBURG LLP**
41 South High Street, Suite 3300
Columbus, OH 43215
Tel: 614-628-0096
Fax: 614-628-1433
Paul.Garinger@btlaw.com
Kristopher.Armstrong@btlaw.com

Sean Morris (*pro hac vice* admitted)
Katie Campbell (*pro hac vice* admitted)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017
Tel: 213-243-4000
Fax: 213-243-4199
sean.morris@arnoldporter.com
katie.campbell@arnoldporter.com

Benjamin C. Mizer (0083089)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999
benjamin.mizer@arnoldporter.com

Matthew Grant (*pro hac vice* admitted)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: 212-836-8000
Fax: 212-836-8689
matthew.grant@arnoldporter.com

*Attorneys for Defendant Atlantic Richfield Company*

/s/ Richard N. Coglianese
Richard N. Coglianese (0066830), Trial Attorney
Matthew D. Sturtz (0095536)
**City of Columbus, Department of Law**
77 N. Front Street
Columbus, OH 43215
(614) 645-7385
(614) 645-6949 Fax
rncoglianese@columbus.gov
mdsturtz@columbus.gov

Aaron Colangelo (*pro hac vice* admitted)
Peter J. DeMarco (*pro hac vice* admitted)
**Edelson PC**
1255 Union Street NE, Suite 850
Washington, DC 20002
(202) 270-4777
acolangelo@edelson.com
pdemarco@edelson.com

Radhika Kannan (*pro hac vice* admitted)
**Edelson PC**
150 California Street, 18th Floor
San Francisco, CA 94111
(415) 212-9300
rkannan@edelson.com

*Attorneys for City of Columbus*

6